EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2007 TSPR 165 |
| José Rodríguez Rivera | 172 DPR _____ |

Número del Caso: TS-7685

Fecha: 13 de septiembre de 2007

Abogado de la Parte Peticionaria:

Lcdo. Luis F. Camacho Botet

Oficina de Inspección de Notarías:

Lcda. Lourdes I. Quintana Lloréns
Directora

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José Rodríguez Rivera                    TS-7685

Sala de Verano integrada por el Juez Presidente señor Hernández Denton y los Jueces Asociados señores Fuster Berlingeri y Rivera Pérez

RESOLUCIÓN

San Juan, Puerto Rico, a 13 de septiembre de 2007.

Examinada la moción titulada *"Moción Informativa y Solicitud de Orden"* del licenciado José Rodríguez Rivera, se ordena su reinstalación al ejercicio de la notaría a partir de la notificación de la presente Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo